# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DOUGLAS ZUBICK, | NO. CV 07-07972 R (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KATHY PROSPER, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 5, 2009

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE